*In re* DAVID W. ROMÁN RODRÍGUEZ.

*Número:* AB-1998-192        *Resuelto:* 18 de febrero de 2000

*Gerardo Ortiz Del Rivero, Ignacio Rivera* y *Carlos R. Noriega,* abogados de la parte peticionaria; *David W. Román Rodríguez, pro se; Gustavo A. Gelpí, Procurador General,* y *Cynthia Iglesias Quiñones, Procuradora General Auxiliar,* abogados de El Pueblo; *María de Lourdes Rodríguez,* Oficial Investigadora de la Comisión de Ética del Colegio de Abogados de Puerto Rico.

## RESOLUCIÓN

Examinada la moción en cumplimiento de orden presentada el 31 de enero de 2000 por el querellado y su solicitud de reinstalación de 28 de abril de 1999, se ordena el archivo de la queja de epígrafe y se reinstala a David W. Román Rodríguez al ejercicio de la abogacía.

*Se le concede a la Directora de la Oficina de Inspección de Notarías treinta (30) días para que rinda un informe sobre la obra notarial del licenciado Román Rodríguez.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*